## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **MAYA DANGELAS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:23-cv-01898** |
| | § | |
| **DUONG VAN SUONG,** | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

COME NOW, **MINH-TAM "TAMMY" TRAN**.

I am admitted or otherwise authorized to practice in this court, and I hereby appear in this case as counsel for **PLAINTIFF MAYA DANGELAS**.

I request that I be included in the service of all notices, pleadings, and other documents filed in this case at the following address:

**Minh Tam "Tammy" Tran**
State Bar No. 20186400
2915 Fannin
Houston, Texas 77002
Telephone: (832) 372-4403
Fax: +1 713-714-2397
ttran@tt-lawfirm.com
4900 Fournace Place, #418
Bellaire, Texas 77401

Respectfully submitted,

**MESTEMAKER, STRAUB & ZUMWALT**
By: */s/ David K. Mestemaker*
**David K. Mestemaker**
State Bar No. 00793002
dkm@mandsattorneys.com
**(Do not use this email for service of documents)**
Mestemaker, Straub & Zumwalt
3100 Timmons Lane, Suite 455
Houston, TX 77027
(713) 626-8900 Telephone
(713) 626-8910 Telecopier
**Designated E-Service Email Address**
The following is the undersigned attorney's designation of electronic service email address for all electronically served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21(a). (**Contact@mandsattorney.com**). This is the undersigned's ONLY electronic service email address and service through any other email address will be considered invalid.

**THE TAMMY TRAN LAW FIRM**
By: /s/ Minh-Tam Tran
**MINH-TAM "TAMMY" TRAN**
Texas Bar No. 20186400
ttran@tt-lawfirm.com
2915 Fannin
Houston, Texas 77002
Telephone: (713) 655-0737
Telecopier: (713) 655-0823
**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing was served in accordance with the Federal Rules of Civil Procedure on all counsel of record by ECF notification on this the 31st day of May, 2023.

*/s/ Minh-Tam Tran*
Minh-Tam Tran
