UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Maya Dangelas

v.   Case Number: 4:23–cv–01898

Duong Van Suong

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/29/2023

**TIME:** 09:50 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   August 7, 2023

Nathan Ochsner, Clerk