UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Maya Dangelas

v.                                        Case Number: 4:23−cv−01898

Duong Van Suong

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/3/2023

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Initial Conference


Date:   September 26, 2023

Nathan Ochsner, Clerk