UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Maya Dangelas

v.                                                Case Number: 4:23−cv−01898

Duong Van Suong

## NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/17/2023

**TIME:** 10:10 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   November 2, 2023

                                                                                 Nathan Ochsner, Clerk