# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Maya Dangelas

v.                       Case Number: 4:23–cv–01898

Duong Van Suong

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Lee H Rosenthal**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/11/2024

**TIME:** 10:40 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   May 14, 2024                                             Nathan Ochsner, Clerk