IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAYA DANGELAS, | § § § § | |
| *Plaintiff*, | | |
| VS. | § § § | CIVIL ACTION NO. 4:23-cv-1898 |
| DUONG VAN SUONG, | § § § § | |
| *Defendant*. | | |

# ORDER

The Court held initial conference proceedings on July 26, 2024, and ordered that "the plaintiff will submit a proposed order granting the motion for leave to effect alternative means of service." The Court hereby **GRANTS** Plaintiff's motion for leave to effect alternative means of service and, thus, finds and **ORDERS** as follows:

1. Pursuant to Fed. R. Civ. P. 4(f)(3), service of process may be effected "by other means not prohibited by international agreements, as the court orders."

2. Art. 10(a) of the Hague Convention regarding Service Abroad of Judicial and Extrajudicial Documents allows service of judicial documents by postal channels.

3. Accordingly, the Clerk of the Court is hereby directed to address and send summons and international service by mail to:

    - Defendant DUONG VAN SUONG at 02 Street No. 6, Quarter 4, Tan Tao A Ward, Binh Tan District, Ho Chi Minh City, Vietnam.

4. As this Defendant has the tendency to refuse acknowledgement for receipt of mail, it is therefore **ORDERED** that the delivery of the above mailing of the summons and

international service by mail shall constitute service of process being effected upon Defendant DUONG VAN SUONG.

    It is so **ORDERED**.

    SIGNED on _____.

_____
**PRESIDING JUDGE**