# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **MAYA DANGELAS,** | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-1898 |
| | § | |
| **DUONG VAN SUONG,** | § | |
| *Defendant*. | § | |

## REQUEST FOR ENTRY OF DEFAULT

I hereby certify that I am an attorney of record for the plaintiff in the above cause, and that defendant, Duong Van Suong was served on August 12, 2024 by the following method:

> On August 9, 2024, the Court entered an order [Doc. 25] instructing the Clerk to make alternative service on Defendant under Fed. R. Civ. P. 4(f)(3) that directed the Clerk to send the summons by mail. The Clerk complied with the Court's order on August 12, 2024 [Doc. 26], at which time Defendant was deemed served as expressly stated in the Court's order.

I further certify that the defendant has failed to serve an answer or other responsive pleading; no extension has been granted; the defendant is neither an infant (under age 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case.

Therefore, I request the Clerk enter a default against said defendant in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that all the foregoing is true and correct.

163416776.2

WHEREFORE, Plaintiff Maya Dangelas respectfully requests the Clerk enter default against Defendant Duong Van Suong.

Dated: September 30, 2025.

                                            Respectfully submitted,

By: _____
William S. Helfand
Attorney-in-Charge
SBOT: 09388250
S. D. Tex. Bar. No. 8791
Bill.Helfand@lewisbrisbois.com

OF COUNSEL:

LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(832) 460-4614
(713) 759-6830 (Fax)
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I served the foregoing document to all counsel of record through the Court's ECF/CM system.

_____
William S. Helfand

163416776.2