Case 4:23-cv-01898   Document 31   Filed on 10/02/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAYA DANGELAS, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION H-23-1898 |
| DUONG VAN SUONG, | § | |
| Defendant. | § | |

## ENTRY OF DEFAULT

It appears upon the representation of the plaintiff and from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

DUONG VAN SUONG

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

Nathan Ochsner
Clerk of the District Court

Date: October 2, 2025

By: Deputy Clerk