United States District Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAYA DANGELAS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-23-1898 |
| | § | |
| DUONG VAN SUONG, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff, Maya Dangelas, must file her motion for default judgment no later than March 23, 2026.

SIGNED on February 23, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge