# Exhibit A

WSJ    Barron's    MarketWatch    IBD    **GET WSJ+**                                    WSJ | Buy Side



**INVESTING    PERSONAL FINANCE    WATCHLIST**    [ Subscribe Now ]

| US | Europe | Asia | FX | Rates | Futures | Crypto |

RANGE ▼ 1D

| | | | | |
|---|---|---|---|---|
| Dow | 46,208.47 | 631.00 | 1.38% | ▲ |
| S&P 500 | 6,581.00 | 74.52 | 1.15% | ▲ |
| Nasdaq | 21,946.76 | 299.15 | 1.38% | ▲ |
| VIX | 26.15 | -0.63 | -2.35% | ▼ |
| Gold | 4,410.40 | -164.50 | -3.60% | ▼ |
| Oil | 88.89 | -9.34 | -9.51% | ▼ |

**S&P 500 Movers**

| ALB | 6.9 | EL | -7.7 |
|---|---|---|---|
| SW | 6.9 | FICO | -5.7 |
| Q | 6.8 | CNC | -4.6 |

**Latest News** ALL TIMES EASTERN

5:17p — **These states are considering gas-tax holidays. Here's how much drivers could save.**

5:09p — **Lumentum's stock has surged 1,000% in a year. Why more big gains may be in store.**

4:30p — **International Paper Co. stock outperforms competitors on strong trading day**

---

Home > Investing > Quotes > Stocks > VN > ITA > **Download Data**          Stock Screener    Earnings Calendar    Sectors

[ Switch Quote ] | ITA    Ho Chi Minh Stock Exchange

# Tan Tao Investment & Industry Corp.

[ + Watchlist ]

🔒 **CLOSED**

## đ2,350.00

▼ -50.00  -2.08%

Last Updated: Sep 25, 2024 12:00 a.m. SAST



‹    Advanced Charting    1D ▼    [ $ ] [ % ] [ VOL ]

đ2,350



Trending Tickers | **AFTER HOURS** Above average volume.

| CDE | $17.99 | GVA | $119.65 | FUTU | $139.20 | CPT | $98.15 |
|---|---|---|---|---|---|---|---|
| ▲ 0.54% 0.10 | | 0.00% 0.00 | | ▼ -0.60% -0.84 | | 0.00% 0.00 | |

✕

**MarketWatch**    INVESTING  PERSONAL FINANCE    WATCHLIST

OVERVIEW    PROFILE    CHARTS    FINANCIALS    HISTORICAL QUOTES    PREMIUM TOOLS ⬈

DATE RANGE

Custom Range

START DATE

6/23/2022

to

END DATE

6/28/2022

UPDATE RESULTS

AD

RESULT FREQUENCY

DAILY    WEEKLY    MONTHLY

⬇ DOWNLOAD DATA (.CSV)

Limited to a maximum of one year.

| DATE | OPEN | HIGH | LOW | CLOSE | VOLUME |
|------|------|------|-----|-------|--------|
| 06/28/2022 | ₫7,720.00 | ₫7,720.00 | ₫7,720.00 | ₫7,720.00 | 5,986,100 |
| 06/27/2022 | ₫8,300.00 | ₫8,300.00 | ₫8,300.00 | ₫8,300.00 | 4,060,600 |
| 06/24/2022 | ₫9,180.00 | ₫9,420.00 | ₫8,920.00 | ₫8,920.00 | 6,495,700 |
| 06/23/2022 | ₫8,650.00 | ₫9,180.00 | ₫8,490.00 | ₫9,180.00 | 5,425,900 |

← Prev Page

Next Page →

See All Videos

Trending Tickers | AFTER HOURS Above average volume.

| CDE | $17.99 | GVA | $119.65 | FUTU | $139.20 | CPT | $98.15 |
|-----|--------|-----|---------|------|---------|-----|--------|
| ▲ 0.54% 0.10 | | 0.00% 0.00 | | ▼ -0.60% -0.84 | | 0.00% 0.00 | |

✕