# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MAYA DANGELAS,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:23-cv-1898** |
| | § | |
| **DUONG VAN SUONG,** | § | |
| *Defendant*. | § | |

**DECLARATION OF DR. MAYA DANGELAS**

I, Dr. Maya Dangelas, hereby declare and certify as follows:

1.      I am the Plaintiff in this action. I am over twenty-one (21) years of age, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my personal knowledge because they reflect matters I personally observed or in which I personally participated. The statements contained herein are true and correct and I make these statements under the penalty of perjury.

2.      I created the Tan Tao Investment & Industry Corporation ("ITACO") in 1996. In 2006, ITACO's shares became listed as a publicly traded company on the Ho Chi Minh City Stock Exchange ("HOSE") under the ticker code "ITA."

3.      I have been the Chairwoman of ITACO since its creation. In addition, I owned or controlled ITACO shares individually and through entities I owned or controlled or through nominee family members.

4.      On June 23, 2022, I owned or controlled and had a legal right to sell 601,346,687 shares representing 64.09% of the outstanding shares of ITACO.

5.      On June 28, 2022, approximately one month after Mr. Suong's conduct which form the basis of this lawsuit, I still owned or controlled, directly or indirectly, and the legal right to sell 601,346,687 shares representing 64.09% of the outstanding shares of ITACO.

171529296.5

6.      Between June 23, 2022 and June 28, 2022, Tan Tao Investment & Industry Corporation was not the subject of any identified materially adverse business conditions other than the conduct of the Defendant identified in this lawsuit that affected the publicly traded share price of ITACO stock.

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in _Harris_____ County, Texas on March 20, 2026.

_____

Dr. Maya Dangelas

171529296.5